UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL REYES,<br><br>       Petitioner,<br><br> -v-<br><br>J.L. JAMISON,<br><br>       Respondent. | CIVIL ACTION NO. 23 Civ. 5241 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On May 16, 2024, the Court was notified that the copy of the March 29, 2024 Report and Recommendation (the "R&R") (ECF No. 14) mailed to Petitioner had been returned as undeliverable. (See ECF min. entry May 16, 2024). The Bureau of Prisons' website indicates that Petitioner was released from incarceration in December 2023. See FIND AN INMATE., https://www.bop.gov/inmateloc// (last accessed May 17, 2024). Since that date, Petitioner has not provided an updated address, despite his obligation to do so. See, e.g., Alomar v. Recard, No. 07 Civ. 5654, 2010 WL 451047, at *2 (S.D.N.Y. Feb. 9, 2010) ("The duty to inform the Court and defendants of any change of address is an obligation that rests with all pro se plaintiffs.") (internal quotation omitted). Nevertheless, the Court orders as follows:

1. Respondent shall determine if it possesses Petitioner's last known address or a forwarding address and, if so, shall mail a copy of the R&R to Petitioner at such address.

2. On or by **May 31, 2024**, Respondent shall notify the Court of its efforts to locate and serve Petitioner with a copy of the R&R.

Dated: New York, New York
May 17, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2